# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**NATHANIEL MOSLEY**                                                                            **PLAINTIFF**

**v.**                      **Case No. 4:18-cv-00138-KGB**

**STATE OF ARKANSAS**                                                        **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that plaintiff Nathaniel Mosley's complaint is dismissed without prejudice.

So adjudged this the 30th day of April, 2018.

                                                                    _____
                                                                    Kristine G. Baker
                                                                    United States District Judge